Saul S. Rostamian (SBN: 235292)
srostamian@winston.com
Erin Ranahan (SBN: 235286)
eranahan@winston.com
Diana L. Hughes (SBN: 267606)
dhughes@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendants Regal Assets, LLC,
Tyler Gallagher, and Kelly Felix

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> REGAL ASSETS, LLC; Tyler Gallagher, an individual; Kelly Felix, an individual; and Does 1-10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-00869-JAK-SH <br><br> **DECLARATION OF TYLER GALLAGHER IN SUPPORT OF DEFENDANT KELLY FELIX'S SPECIAL MOTION TO STRIKE PLAINTIFF'S STATE LAW CLAIMS UNDER CAL. CODE CIV. P. § 425.16** |

# DECLARATION OF TYLER GALLAGHER

I, Tyler Gallagher, declare as follows:

1. I am the Chief Executive Officer of Defendant Regal Assets, LLC, a California limited liability company, and I am named as a Defendant in this action personally. I have personal knowledge of the matters set forth herein, and if called upon as a witness I could competently testify thereto.

2. Unlike many of its competitors, Regal Assets does not recommend to its clients to invest in collectible coins that are not worth their value in gold or silver.

3. Since it began operations in 2009, Regal Assets has used online reviews and search engine results in response to queries from potential customers to generate business. Regal Assets' success is based partly on its excellent reputation on third party consumer review sites including the Better Business Bureau, the Business Consumer Alliance, and TrustLink.

4. In 2011, I created the Regal Assets Affiliate Program that uses Regal Assets' own system and software. Regal Assets uses affiliate marketing to drive traffic to its website.

5. The third-party affiliates are independent contractors that operate their own websites. While Regal Assets does not have control over the third-party affiliates or their websites, Regal Assets monitors the websites for compliance with its Terms of Service and takes action where appropriate (such as asking affiliates to remove offending content).

6. Regal Assets has been in compliance with the preliminary injunction stemming from its suit with American Bullion requiring certain disclosures on its website and the websites operated by third-party affiliates since 2014.

7. I am familiar with the way that the RipOffReport and other consumer review websites operates. Lear Capital, Inc., Swiss America Trading Corp., and Goldline, LLC often pay RipOffReport and other consumer websites to remove negative reviews or push negative reviews to the bottom of the page.

8. On or about April 9, 2015 I located and reviewed reviews on consumer websites of Lear Capital, Inc. Attached hereto as **Exhibit 1** are true and correct screenshots of the Lear Capital, Inc. pages of the Better Business Bureau, Business Consumer Alliance, and RipOffReport websites.

9. Attached hereto as **Exhibit 2** is a true and correct file-stamped copy of the Class Action Complaint in the case *Moretti v. Lear Financial, Inc. et al.*, Case No. BC394027 filed on July 8, 2008 in Los Angeles Superior Court.

10. Attached hereto as **Exhibit 3** is a true and correct copy of the Corporate Records and Business Registration information for Lear Capital, Inc.

11. Attached hereto as **Exhibit 4** are true and correct copies of the Complaint, Answer of Brian O. Ozkan, and Decision filed *In the Matter of Tiger Financial Group et al.*, a proceeding of the National Futures Association before the Business Conduct Committee, NFA Case No. 08-BCC-017 on June 30, 2008, September 19, 2008, and July 28, 2009, respectively.

12. Attached hereto as **Exhibit 5** are true and correct file-stamped copies of the Original Notice and Petition and the Defendant's Answer and Affirmative Defenses in the case *Johnson v. American Bullion, Inc.*, Case No. LAC0019152, filed on October 12, 2012 and January 4, 2013, respectively, in the Iowa District Court for Hancock County.

13. On or about April 9, 2015 I located and reviewed reviews on consumer websites of American Bullion, Inc. Attached hereto as **Exhibit 6** are true and correct screenshots of the American Bullion, Inc. pages of the Better Business Bureau, Business Consumer Alliance, RipOffReport, and Yelp websites.

14. Attached hereto as **Exhibit 7** is a true and correct copy of the Consent Order entered into on October 6, 2006 by the Missouri Securities Division and Goldline International, Inc. in *In the Matter of: Goldline International, Inc.*, Case No. AP-06-24 filed by the State of Missouri, Office of Secretary of State, *available at* http://www.sos.mo.gov/securities/orders/ap-06-24.asp.

15. Attached hereto as **Exhibit 8** is a true and correct copy of a report by Congressman Anthony D. Weiner presented to the U.S. House of Representatives on May 17, 2010 titled "As Seen on TV: An Investigation of Goldline International."

16. Attached hereto as **Exhibit 9** is a true and correct copy of a report by the Fraud Discovery Institute titled "Goldline International: An In-Depth Look at Congressman Weiner's Allegations, And How He Got It Wrong."

17. Attached hereto as **Exhibit 10** are true and correct file-stamped copies of the Complaint and Stipulated Final Judgment and Injunction filed in *The People of the State of California v. Goldline International, Inc.*, Case No. SC 115980 on November 1, 2011 and February 16, 2012, respectively.

18. Attached hereto as **Exhibit 11** are true and correct copies of the Corporate Records and Business Registration information for Goldline International, Inc. and Goldline, LLC.

19. On or about April 9, 2015 I located and reviewed reviews on consumer websites of Goldine, LLC and Goldline International, Inc. Attached hereto as **Exhibit 12** are true and correct screenshots of the Goldline, LLC and Goldline International, Inc. pages of the Better Business Bureau and Business Consumer Alliance websites.

20. On or about April 9, 2015 I located and reviewed reviews on consumer websites of USGB, LLC. Attached hereto as **Exhibit 13** are true and correct screenshots of the USGB, LLC pages of the Better Business Bureau, Business Consumer Alliance, and RipOffReport websites.

21. On or about April 9, 2015 I located and reviewed reviews on consumer websites of Swiss America Trading Corporation. Attached hereto as **Exhibit 14** are true and correct screenshots of the Swiss America Trading Corporation pages of the Better Business Bureau, Business Consumer Alliance, and RipOffReport websites.

22. Attached hereto as **Exhibit 15** are true and correct screenshots of the LinkedIn profiles of Scott Carter, Dustin Hill, Heather Barrow, and Gina Corso.

23. Attached hereto as **Exhibit 16** is a true and correct copy of the current Affiliate Program Agreement that is executed by every Regal Assets affiliate.

24. Attached hereto as **Exhibit 17** is a true and correct copy of a letter sent by American Bullion, Inc. to consumers on or about March 24, 2015.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April, 2015 in Universal City, California.

_____
Tyler Gallagher

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

4
GALLAGHER DECLARATION IN SUPPORT OF FELIX'S SPECIAL MOTION TO STRIKE
Error! Unknown document property name.