JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAR CAPITAL, INC., | CASE NO. 2:15-cv-00869-DDP(ASx) |
| Plaintiff, | The Honorable Dean D. Pregerson |
| v. | **ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| REGAL ASSETS, LLC; Tyler Gallagher, an individual; Kelly Felix, an individual; and Does 1-10, inclusive., | |
| Defendant. | |

Mitchell Silberberg & Knupp LLP

7109103.1

**[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

# ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice,

IT IS HEREBY ORDERED that the above captioned action, including all claims therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

**SO ORDERED.**

DATED:  October 26, 2015

_____
The Hon. Dean D. Pregerson
United States District Judge